```
                                                              FILED
                                                         IN CLERK'S OFFICE
                                                      U S DISTRICT COURT E.D.N.Y.

                                                      ★   MAY 3 0 2012   ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                          BROOKLYN OFFICE
-----------------------------------------------------------X
ANTHONY INDELICATO,                                   JUDGMENT
                                                      09-CV- 5228 (NGG)
               Petitioner,

   -against-

UNITED STATES,

               Respondent.
-----------------------------------------------------------X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 29, 2012, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

        ORDERED, ADJUDGED AND DECREED that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York                       Douglas C. Palmer
       May 29, 2012                               Clerk of Court
                                                        s/Michele Gapinski
                                   by:   _____
                                              Michele Gapinski
                                              Chief Deputy for
                                              Court Operations